

# NUMBER 13-19-00257-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DONALD EUGENE SAYRE,                                                          Appellant

v.

THE STATE OF TEXAS                                                            Appellee.

### On appeal from the 25th Judicial District Court
### of Lavaca County, Texas.

## ORDER ABATING APPEAL PENDING
## SUPPLEMENTATION OF THE RECORD

### Before Justices Benavides, Longoria, and Perkes
### Order Per Curiam

This cause is before the Court on Appellant's motions to supplement the record

with the PSI that the trial court considered when imposing sentence and to suspend the

briefing deadline until the record has been supplemented. The Court GRANTS the

motions. The Clerk shall file a supplemental record within fifteen days from the date of

this Order. The briefing deadlines are ABATED until the Clerk files the supplemental record. Appellant's brief is due thirty days after the supplemental record is filed.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of September, 2019.